IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN CLARKE, ET AL., | § | NO. 1:24-cv-00167-JMC |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | NO. 1:22-CV-909-DAE (W.D. Tex.) |
| | § | |
| COMMODITY FUTURES TRADING COMMISSION, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

ORDER REQUESTING RETURN OF CASE FROM UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

On March 7, 2024, a Writ of Mandamus was issued to the undersigned from the Fifth Circuit Court of Appeals, ordering this Court request return of case number 1:22-CV-909 from the United States District Court for the District of Columbia *à quo*. See In re Kevin Clarke, Case No. 24-50079 (5th Cir.)

In accordance with the Writ, this Court hereby requests the United States District Court for the District of Columbia return case number 1:24-cv-00167-JMC to the docket of this Court in the United States District Court for the Western District of Texas, case number 1:22-CV-909-DAE.

**DATED**: Austin, Texas, March 7, 2024.

_____
David Alan Ezra
Senior United States District Judge